UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:00-cr-401-PMP-PAL |
| vs. | ) |
| JAMES F. SETA, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#16) on March 8, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payees in the amounts listed below:

Name of Payee: First National Bank of Northern Kentucky
Amount of Restitution: $4,818.10

Name of Payee: Provident Bank
Amount of Restitution: 4,500.00

Total Amount of Restitution Ordered: $9,318.10

Dated this 22 day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE